# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SHEILA ALEXANDER,** *et al.*　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　**Case No. 1:16-cv-00005-KGB**

**PIPELINE PRODUCTIONS, INC.,** *et al.*　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiffs' claims are dismissed.

It is so adjudged this 25th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge